UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TISHIA M. GRAY EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-07037-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d), AND COSTS<br>UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 26), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,500.00 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: August 24, 2023

_____
JOHN D. EARLY
United States Magistrate Judge